IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


Matthew A. Fisher,                    :

        Plaintiff,                    :

    v.                                :        Case No. 2:07-cv-0152

Commissioner of                      :        JUDGE SMITH
Social Security,                              MAGISTRATE JUDGE KEMP
                                     :
        Defendant.

## ORDER

    This case is before the Court to consider a Report and
Recommendation issued by the Magistrate Judge on February 27,
2008.  The time for filing objections has passed, and no
objections have been filed to the Report and Recommendation.
Therefore, the Court ADOPTS the Report and Recommendation.
The plaintiff's statement of errors is sustained to the extent
that the case is remanded to the Commissioner for further
proceedings pursuant to 42 U.S.C. §405(g), sentence four.


                              /s/ George C. Smith
                              George C. Smith
                              United States District Judge